

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
SEP 24 2015
9-24-15 ERA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Robert D. Barnes
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
Department of Police
Chicago Police - Area
Central Detective
Division, G.L.R.F.T.F
Fugitive Apprehension
Team 5756

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

15cv8458
Judge Edmond E. Chang
Magistrate Judge Susan E. Cox
PC8

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Robert Donell, Barnes

B. List all aliases: NONE

C. Prisoner identification number: 0148270 - 20150305244

D. Place of present confinement: Cook County Jail

E. Address: 2600 S. California, Chicago IL 60628

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: African American female Detective

Title: Chicago Police Detectives G.L.R.F.T.F (F.A.T)

Place of Employment: Chicago Police department (A.C.D.D)

B. Defendant: Caucasian American Male Detective

Title: Chicago Police detective G.L.R.F.T.F (F.A.T)

Place of Employment: Chicago Police department.
Area 5Central Detective Division

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: NONE

   B. Approximate date of filing lawsuit: NONE

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

   D. List all defendants: NONE

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

   F. Name of judge to whom case was assigned: NONE

   G. Basic claim made: NONE

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

   I. Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Name is Robert Barnes and I am a victim of an "Investigative Alert". The Chicago Police Department Detective Area-Central arrested Robert Barnes inside his residence without a legal warrant, but justified the arrest on the basis of an "Investigative Alert". The Chicago Police Department will not give me/Robert Barnes the arresting Officers names or Star number. I wrote the F.O.I.A, and that agency was no help on the identity of those arresting Officers. The Public Defender that is appointed to me will not give me a copy of the police report. So the only description I/Robert Barnes have of the arresting Officers is one is an African American female Chicago Police and the other one a Caucasian American Male Chicago Police. My Public Defender inform me/Mr. Barnes that the Chicago Police Department put an investigative alert out for my "arrest", not a warrant. I lost Job/career because of this, My ex-family have

4

move on without me because of this false arrest and false imprisonment. The Factual Background: March 2, 2015 at approximately 6:30 p.m., I, Mr. Robert Barnes was at his residence - 15032 Dorchester ave. Dolton Il, with friends/family - Phyllis Lewis, Talesha Jordan and Bruce Jordon. I was not violating any laws or committed no crimes. The Chicago Police - Area Central Detective Division - G.L.R.F.T.F Fugitive Apprehension Team 5756, Masquarde as parole agents, the Police forceably broke into the building I once live at and once at my apartment the Police force they way inside my domain. The Police (Chicago), Knock on my door, Ms. Lewis ask "who is it" did no Chicago Police identify their selves. Ms. Lewis ask again who is it and the Chicago Police continue to Knock. Ms. Lewis answer the door with the chain on it and she ask the people on the other side of the door could she help them, the female Police ask her to open the door and Ms. Lewis ask for what, then Ms. Lewis started to close the door that when the female Police stuck her foot inside the door and the Male

Continue: Police push the door on Ms. Lewis. We was all in Shock. Once they the Chicago Police force they way inside my apartment with no consent, I/Robert Barnes asked the Chicago Police what was the problem since they broke the chain on my door. The female Police ask me was I Robert Barnes and I said yes. The female Police told me I needed to come with them on a parole violation. I knew that was not true. When I ask to call the Parole Number the Male Police told me to put on some clothes and shoe because you/Robert Barnes is coming with us. I ask where am I going he (the male Police) said to the station for questing. I ask about what and the Chicago police did not response to my question. Ms. Lewis ask the Chicago Police did they have a warrant, still no response. Then I/Robert Barnes said, "if you don't have a warrant I'm not going". That when I was unlawfully and illegally seized from my lawful residence taken into custody. I then asked was I arrested for something no response from the Chicago Police. My family/friends ask the Police where was they taking me/Robert Barnes and still no response. Then once I was force out my home the Male Police said, "he will call". I was held more than 48 hours from the time of arrest and I was arrested without a warrant and the approval of charges has not occurred.

Continue: Ms. Lewis and Ms. Jordon ask the Police if he not arrested why the "hand cuff". I ask why the unlawful restraint still no response from the G.L.R.F.T.F Fugitive Apprehension Team 5756. Once I enter 51 and wentworth Chicago Police station, I was denied communication (my one phone call) and I was being interrogated with no Miranda rights provision nor the opportunity to have my lawyer present which I had to advise me of my constitutional rights. This allege offense was Feburany 3, 2013. Subsequent the aforementioned I was booked into custody on a 2 years or 25 months old alleged complaint. Prior the past 25 months I had an Investigative Alert for my questioning, so prior to that 25 months I have been in custody approximately "6 time" excluding the fact I was incarcerated in an Illinois State Penitentary where I/ Robert Barnes has been release each and every time with no notice of warrant or investigative alert from IDOC or the Local constabulatory agencies. My finger prints were submitted each time I was place into custody with no investigative alert or Arrest Warrand pending. Arrest Dates from May of 2013 to March 2015:
May 17, 2013 - 6464 N clark st police department.
June 22, 2013 - police department.
Prison - Western Correction Center: 8-2-13 to June 20, 2014
October 29, 2014 - 1438 W 63rd street chicago police department.

Continue: Arrest Dates: November 30, 2014 bond paid release from Cook County Jail.

January 15, 2015 - 727 E 111th st chicago police department.

February 13, 2015 - arrested on a warrant driving with a revoke license.

The investigative alert is a sham. No warrant immediate need for my arrest, nor DNA alert arrest or any departmental alert notifying IDOC officiates there was any reasonable ground to believe that I committing or has committed an offense. The Investigative Alert is an barbaric instrument designed to inflict emotional pain, anxiety, degradation and emotional stress, lost of family member. The investigative alert is not real and it is put on the accused who are held, forbade to their rights of communication, denied rights to counsel for hours while the actors who encite this illegal practice pray for the hope their captors will succumb to their (Chicago Police) tyranical and tortureous practices which should be outlaw and considered a crime against Citizens Rights in the United States of America. A neutral Judge or magistrate must issue a felony arrest warrant. If there is "time" to get a supervisor's approval for the investigative alert, as the special order requires, there is time to seek an arrest warrant from a member of the Judiciary.

*Robert Barnes*

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Plaintiff is requesting for Injunction Relief and Monetary compensation for the Duress, Emotional Distress, Pain and Suffering, Immediate Danger, Cruel and Unusual punishment, Intentionally Inflicted by the Chicago Police. I lost my Job, apartment, and most important my family respect. I have nothing, the Chicago Police should answer for they action.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 15

Robert D. Barnes
(Signature of plaintiff or plaintiffs)

Robert D. BARNES
(Print name)

0148270 - 20150305244
(I.D. Number)

2600 S. California
Chicago, IL 60608
(Address)