MT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ROBERT D. BARNES

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chana Aubert #5668,
Jeffrey Rumbaugh #5876
Dolores Myles #21442
Michael Cooney #2227
Judge Chiampas #1949
Thomas Pierce #1935

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 1:15 - cv- 08458
(To be supplied by the Clerk of this Court)

**FILED**

OCT 06 2016

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

**CHECK ONE ONLY:**         **AMENDED COMPLAINT**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff:
Robert D. Barnes

VS.

Case No: 1:15-cv-08458

Defendants:

* Mark Grffin ASA felony
* John B, Slowinski #1951
* The City of Chicago Department of Police

## AMENDED COMPLAINT

✓ Complaint Under The Civil Rights Act, Title 42 Section 1983
U.S. Code

— Complaint Under The Constitution ("Bivens" Action), Title
28 Section 1331 U.S. Code

— OTHER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff:
ROBERT D. BARNES

VS.

Case No: 1:15-cv-08458

Defendants:
* Chana Aubert: sue official and individual capacity
* Jeffrey Rumbaugh: sue official and individual capacity
* Dolores Myles: sue official and individual capacity
* Michael Cooney: sue official and individual capacity
* Judge Chiampas: sue official and individual capacity
* Thomas Pierce: sue official and individual capacity
* Mark Grffin: sue official and individual capacity
* John B, Slowinski: sue official and individual capacity
* The City of Chicago Department of Police: sue
  official capacity

AMENDED COMPLAINT

✓ Complaint Under The Civil Rights Act, Title 42 Section 1983
U.S. Code

— Complaint Under The Constitution ("Bivens" Action), Title
28 Section 1331 U.S. Code.

— OTHER

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: ROBERT D. BARNES

B. List all aliases: NONE

C. Prisoner identification number: 20150305244

D. Place of present confinement: Cook County Jail

E. Address: 2650 S. California, Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Chana Aubert star no.#5668

   Title: Chicago Police Detective

   Place of Employment: City of Chicago Department of Police

B. Defendant: Jeffrey Rumbaugh star no.#5876

   Title: Chicago Police Detective

   Place of Employment: City of Chicago Department of Police

C. Defendant: Dolores Myles #21442 investigator

   Title: Chicago Police Detective - Area 1

   Place of Employment: City of Chicago Department of Police

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Continue

Plaintiff(s):

Name: Robert D. Barnes  # 20150305244

Cook County Jail

2650. S California, Chicago IL 60608

Defendant(s):

D. Defendant: Michael Cooney star no. 2227

Title: Duty Judge to be sought

Place of Employment: City of Chicago Department of Police

E. Defendant: Judge Chiampas  # 1949

Title: Judge

Place of Employment: City of Chicago

F. Defendant: Thomas Pierce  # 1935

Title: Chicago Police - Approving Supervisor

Place of Employment: City of Chicago Department of Police

G. Defendant: Mark GrFFin

Title: ASA Felony Review

Place of Employment: City of Chicago Department of Police

H. Defendant: John B, Slowinski  # 1951

Title: Watch Commander

Place of Employment: City of Chicago Department of Police

I. Defendant: The City of Chicago Department of Police

Title: POLICE

Place of Employment: The City of Chicago Department of Police

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____NONE_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____NONE_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Mr. Robert Barnes and I am a victim of an "investigative alert", that resulted into a false arrest and false imprisonment by the Chicag Police and other parties. I was arrested inside my home at 15032 Dorchester ave, Dolton Il, under a "investigative alert" which is not an "arrest warrant". The illegal arrest occur on March 2, 2015, at approximately 6:30 p.m. by 1st Officer: Chana Aubert "Star no. 5668" and her partner 2st Arresting Officer: Jeffrey Rumbaugh "Star no. 5876". The Chicago Police Detectives Illegal broke into the apartment building I once live at and once at my apartment the Chicago Police Detectives forcibly pushed into the apartment without consent and it was no warrant identify. Factual Background: On March 2, 2015, I, Robert Barnes was at mine residence 15032 Dorchester ave, Dolton IL with family and friends - Phyllis Lewis, Talesha Jordon and Bruce Jordan. I was not violating any

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

laws or committing no crimes. This is a illegal arrest
and false imprisonment by the Chicago Police, the arrest
were illegal for lack of probable cause. False imprison-
ment is an unlawful violation of the personal liberty
of another and consists of confinement or detention
without legal authority. The Chicago Police Officers:
Aubert, Chana and Rumbaugh, Jeffrey Knocked
on my door and Ms. Lewis answer the with
"who is it" did no Chicago Police identified
theirselves. The Knocking continue and Ms. Lewis
asked again "who is it". Then Ms. Lewis answer
the door with the chain on and she asked the
people on the other side of the door could she
help them, Officer Aubert asked her to open the
door and Ms. Lewis asked for "what", then Ms.
Lewis started to closed the door, that when
Officer Aubert stucked her for inside of the door
and Officer Rumbaugh pushed the door open on
Ms. Lewis and broke the chain on the door.
We was all in shock and discombobulate:
Phyllis Lewis, MySelf and Mrs. Jordan, and Mr.
Jordan. Upon they Chicago Police illegal entry—

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Officer Aubert push pass Ms. Lewis and Rumbaugh follow behind. It was no consent to entry my home. The Police officers entered without a warrant, it was not a exigent circumstances. The right of people to be secure in their houses shall not be violated. I, Robert Barnes asked the intruders (Aubert/ Rumbaugh) "what is the problem, why did you break the chain on my door?" Officer Aubert, "asked me was I Robert Barnes", and "I said yes what is the problem"? I was immediately handcuffed and arrested. I asked again what going on, what did I do? Ms. Lewis and the Jordans was asking the same questions "What did he do?" The Chicago Police masquarde as parole agents, Officer Aubert told me, I needed to come with them on a parole violation. I knew that was not true, I just seen the real parole agent. When I asked to call the Parole number, Officer Rumbaugh ask me where is my clothes and shoe because you (Robert) are coming with us. Ms. Lewis asked the two arresting officers did they have a warrant since they (Chicago police) force they way into our home? The (Chicago police) detectives did not response to Ms. Lewis questioning. When you hide something, it is the same as saying that you understand that it is wrong. Then I said, "if you do not have a warrant I am not going with y'all". At that moment It was hostility with the Officers, and I was force out of my house and the detectives transported me to a Chicago police station against my will. No municipality has authority to clothe any officer with the autocratic power to order the summary arrest and incarceration of any citizen without warrant or process of law and thus render the liberty of every one of its citizenry subject to the arbitrary whim of such officers. That when I was unlawfully restrained and illegally seized from my home and taken into custody.

I, Robert Barnes then asked Officer Rumbaugh am I being arrested for some thing, and he did not response to my question. Ms. Lewis and the Jordans asked the Chicago Police where was they taking me and the arresting officer Aubert still did not response to they questions. Ms. Lewis asked again where is the warrant?, "since you all (Chicago police) broke my chain on my door I suppose to sign some thing". The Officers still did not response to her. Then Officer Rumbaugh said, "he will call". I never made a call when I got to the police station. It took four days and a half to make a phone call in the Cook County Jail. I was held pass 48 hours without probable cause and the approval of charges has not occurred. I have wrote FOIA to find out who approved this illegal arrest and I never got a response. This illegal arrest had to be approved by Thomas Pierce #star no 1935 Final approved by Michael Cooney 2227 and Judge Chiampas #1949, if these people found probable cause why was it a warrant? The officers had time to comply with the law. A neutral Judge or magistrate must issue a felony arrest warrant. If there is time to

get a supervisor's approval for the investigative
alert, as the special order requires, there is time
to seek an arrest warrant from a member of
the Judiciary. An officer has no more right to
disregard and violate the constitution than
the criminal has to violate the law. It is the
duty of the officers to support and maintain
the constitution. Officer Aubert told My family
and friends that I was not under arrest.
Ms. and Ms. Lewis and Jordan asked Officer
Aubert, "if he not under arrest why the "hand
cuff"? Then I asked why do I got to go with
you if I am not under arrest, she (officer
Aubert) did not response. When ever a person
is in any manner restrained of his liberty or
detained him in any manner from going where he
wished or prevented him from doing what he
desired, it constitute an arrest. When officers
assume the power to imprison without authority
of law or without any of the form or processes
usual and necessary to be employed they become
liable for false imprisonment. Once at 51 and
Wentworth, Chicago Police Station, I was
immediately taking to a room that looked like
a closet. A Detective Myles/investigator #21442,

came to the closet where I was being held, and said to me, "Are you Robert Barnes sir". I said, "yes what up". At this time I was told I will be interview. I was not giving no Miranda warning by the Detective or any Officers under the constitutional procedure An individual held for interrogation must be clearly informed that he has the right to consult with a lawyer and to have the lawyer with him during interrogation under the system for protecting the privilege that the United State Supreme Court has delineated. I, Robert Barnes asked the Detective who interview me, "what is all this about?" And he said, "do you feel like talking"? I said, "talk about what"? He (Detective), said "a woman said you attacked her, maybe she piss off at you, she probably stay out to late now she lying to her boy friend." I told the Detective, "I don't know any thing about what you talking about Sir, I would like to make a phone call to get in contact with my lawyer". I had a paid lawyer at that time. I said, "I wish not to speak with out my lawyer. If an individual held for interro- gation by a law enforcement officer indicates in and manner and at any stage of the process that he wished to consult with an attorney before speaking, there can be no questioning. Then the Detective left and about an hour or so he came back with a woman claiming to be a district attorney. She (DA) stated that I was not in any trouble, she just wanted to hear my side of the story. She show me pictures and continue to persuade me to talk with her.

I told her (DA) I do not have a side of a story, may I please call my family or if I am not in any trouble can I go and why am I here? She smile and told me her Job is to clear up this matter. The Detective and District attorney abuse their power, I was being tag team by both of them. Coercion in obtaining a confession from an accused can be mental as well as physical. On Feburany 3, 2013 this allege offense supposed to have happen. Subsequent the afore-mentioned I was booked into custody on a 25 months old alleged complaint. The Chicago Police Knew my whereabouts. I have been in custody approximately 6 time or more ex-cluding the fact I was incarcerated in an Illinois State Penitentary. This active investigative alert #299986178 was issue at this time. I, Robert Barnes was release each and every time with no notice of warrant to arrest or investigative alert from no local constabulatory agencies. My fingerprints and DNA were submitted each time I was place into custody with no investigative alert or no arrest warrant to hold me for questioning. An arrest without a warrant by-passes the safeguards provided by an objective predetermination of probable cause, and substitutes instead the farless reliable procedure on an after-the-event Justification for the arrest or search, too likely to be subly influenced by the familiar shortcomings of hindsight Judg-ment.

The Dates I was Arrested and Held from May of 2013 to March of 2015: 1. May 17, 2013, 6464 N. Clark st Chicago Police department.

2. June 22, 2013, Chicago Police Department.
3. Prison (incarcerated) at NRC and Western Correctional Center from 8·2·13 to 6·20·14
4. October 29, 2014, 1438 W 63rd St. Chicago Police department
5. November 30, 2014 bond paid and release from Cook County Jail
6. Bond paid in December of 2014
7. January 15, 2015, 727 E. 111th St Chicago Police department.
8. February 13, 2015, arrested on a warrant, driving on a revoke license.

An individual picked up on an investigative alert is likely not to understand the legal difference between such a detention and one effectuated from an arrest warrant. If the individual does not challenge the detention, and all the evidence gathered from that point on, on probable cause grounds, we all allowing a practice with no legal to become quasi-law merely because it is common practive. I am suffering untold torture at the hands of members of the law. The Investigative Alert is an barbaric instrument designed to inflict emotional stress, pain, anxiety, degradation the lost of family members. I lost my home, respect from others, my job, my car. The investigative alert is a sham and it is put on the accused who are held, forbade to their rights of due process of the law

The Chicago Police Officers or members of the law had not observed I, Robert Barnes committing any crimes. My constitutional rights were ruthlessly and unlawfully violated by a warrantless arrest at my home. The Chicago Police Officers came outside their Jurisdiction and to "require that local peace officers be advised and participate in the extraterritorial law enforcement activities of other police officers." I wish there was not such abysmal leadership within the Department, that it came to this. If the State Attorney or U.S. Attorney had given heed long ago, it could have saved us so much pain and obstruction of Justice and perjury. For these reason, the practice of circumventing the warrant requirement in the Constitution by issuing investigative alerts as a means of taking a potential suspect in to custody must cease. I am in protective custody because of this sham that the Chicago Police did to me. This is emotional distress, pain and suffering. I am alway in immediate danger, I have develop post-traumatic stress disorder. I have lost love ones and the unite among my family is gone. I am being defile by these people whom suppose to uphold the law. I wonder as a Black man do I have any rights and if I do, why is my rights being violated.

Sincerity

Robert Barnes

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

I the Plaintiff is requesting for injunction relief and Mon-
etary compensation for violating My rights as a citizen. I
am seeking $1.931,000. I lost My career as a roofer, My
home and most important My family respect. I have lost
every thing because of this sham, Cook County Jail is dangerous.
These people need to be punish so that other police officer's
will follow the laws.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this ___9___ day of __Sept__, 20 _16_

_Robert D. Barnes_

_____

(Signature of plaintiff or plaintiffs)

ROBERT D. BARNES
(Print name)

20150305244
(I.D. Number)

_____

2650 S. California

Chicago IL, 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Robert D. Barnes

Plaintiff,

v.

Case No.: 1:15–cv–08458
Honorable Edmond E. Chang

City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 6, 2016:

　　MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Incarcerated pro se Plaintiff appeared by telephone. Defense counsel reported that Plaintiff mailed his amended complaint and the completed USM–285 forms to the City of Chicago's Law Department. Defense counsel will have the documents delivered to the Court's courtroom deputy for filing with the Clerk's Office and for transmittal of the 285s to the Marshals Service. Defense counsel and Plaintiff reported on the status of Plaintiff's state criminal case: Plaintiff stated that he will be firing his attorney and going pro se. Because pursuit of this case would still interfere with the criminal prosecution, which arises out of the very arrest at issue here, the stay in this action remains in place except for screening of the amended complaint and to serve the individual Defendants. Status hearing set for 11/17/2016 at 10:00 a.m. Defense counsel shall arrange for Plaintiff's telephonic appearance. Emailed and mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Mr. ROBERT BARNES #20150305244
Div. 9 unit 3G · 3286
Cook County Jail
Box 089002
Chicago, IL 60608

CAROL STREAM IL 601

23 SEP 2016 PM 9 L

FOREVER
USA

Ms. Mary McDonald; Corporation
Counsel's Office; 30 North
LaSalle Street; Suite 900
Chicago, IL 60602

(1)





SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013

Mr. ROBERT BARNES #2015030324?
Div. 9 unit 36 · 3286
Cook County Jail
Box 089002
Chicago, IL 60608

CAROL STREAM IL 601

23 SEP 2005 PM 7 L

FOREVER
USA

Ms. Mary McDonald; Corporation
Counsel's Office; 30 North
LaSalle Street; Suite 900
Chicago, IL 60602

2

(2)



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013