# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BARNES, | ) | |
| | ) | Case No: 15 C 8458 |
| Plaintiff, | ) | |
| | ) | Judge Edmond Chang |
| v. | ) | |
| | ) | Magistrate Judge Susan Cox |
| CITY OF CHICAGO ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO REINSTATE OR IN THE ALTERNATIVE FOR ADDITIONAL TIME TO FILE A MOTION TO REINSTATE

NOW COMES, the Plaintiff, Robert Barnes, by and through his attorneys Malmquist, Geiger & Durkee LLC, and for his Motion to Reinstate or in the Alternative for Additional Time to File a Motion to Reinstate states:

1. On November 28, 2017 this Court entered an Order that this Cause was dismissed, without prejudice, as a matter of judicial efficiency, with full leave to reinstate should such a motion be filed by January 10, 2018. Should no such motion be filed this Court ordered such dismissal would be converted to a dismissal with prejudice.

2. While the Plaintiff has engaged in settlement negotiations in good faith, no settlement has yet been reached.

3. Plaintiff's attorney, Brett R. Geiger, is out of the country and unable to reasonably access the Court's ECF filing system. As such, given that Brett R. Geiger is a partner at Malmquist, Geiger and Durkee, LLC, this motion while brought at the direction of Brett R. Geiger, is signed below by one of his partners, James M. Durkee. James M. Durkee is a member of the trial bar for the Northern District of Illinois.

4. James M. Durkee, did attempt to reach opposing counsel and spoke with attorney Mary McDonald. Attorney McDonald informed James M. Durkee that Defendants would not be

opposed to extending the deadline to present the settlement to the Court from January 10, 2018 to a future date, but did state that Defendants are opposed to reinstatement of the case.

WHEREFORE, Plaintiff requests the following relief:

A.  The Court enter an Order fully reinstating this Cause and setting the matter for further case management.

B.  All further relief this Court deems equitable and just.

RESPECTFULLY SUBMITTED,

Robert Barnes,

_/s/ James M. Durkee_
One of His Attorneys

Brett R. Geiger - Trial Attorney, Bar #6296297
James M. Durkee, Bar #6296297
Malmquist, Geiger & Durkee LLC
415 Liberty St.
Morris, IL 60450
815-942-5072

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2017 I have served this motion by the electronic case filing system (ECF) before the hour of 5:00 p.m.

_/s/ James M. Durkee_
James M. Durkee
Bar #6296297
Malmquist, Geiger and Durkee, LLC
415 Liberty St.
Morris, IL 60450
(815) 942-5072