## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERT BARNES, ) | |
| ) | Case No: 15 C 8458 |
| Plaintiff, ) | |
| ) | Judge Edmond Chang |
| v. ) | |
| ) | Magistrate Judge Susan Cox |
| CITY OF CHICAGO ET AL. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ENFORCE SETTLEMENT

NOW COMES, the Plaintiff, Robert Barnes, by and through his attorneys Malmquist, Geiger & Durkee LLC, and for his Response to the Defendant's Motion to Enforce Settlement states:

1. Plaintiff does not wish to avoid enforcement of the settlement agreement. Rather Plaintiff now contends that the language of the settlement agreement exceeds the scope of the initial settlement and could compromise litigation pending in state court.

2. Specifically, Plaintiff objects to paragraph 7 & 8 of the release and settlement agreement, which include indemnity language and a release for unnamed and/or unserved defendants.

3. On September 15, 2017, Defendants wrote to the attorney now representing Mr. Barnes, and stated:

> "Defendants offer this one-time nuisance amount of $2,000.00 to settle this case. This amount is inclusive of all fees and costs."

4. Plaintiff accepted that offer made by the Defendants by transmission of an email, which stated:

> "My client has authorized me to accept $2,000.00 to settle the case. I assume you will draft the necessary release documents."

5. Thereafter the parties have been unable to fully execute agreed settlement documents.

6. The language used at the time of settlement was to resolve the suit as filed by the Plaintiff in exchange for a payment of $2,000.00. Accordingly, Plaintiff requests an order be

entered requiring the Defendants to pay the $2,000.00, and that the case be dismissed with prejudice.

7. While Plaintiff's attorney did mention further documents in his acceptance, neither Defendant's offer nor Plaintiff's acceptance made settlement contingent upon the execution of settlement documents.

WHEREFORE, Plaintiff requests entry of an order requiring payment to his attorneys in the sum of $2,000.00 and for dismissal of the case with prejudice, that the request for an order to sign the release be denied, or for whatever other relief the Court deems just and proper.

Brett R. Geiger

Brett R. Geiger - Trial Attorney
(6292868)
Malmquist, Geiger & Durkee LLC
415 Liberty St.
Morris, IL 60450
815-942-5072